**Order entered July 14, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00246-CV

### DAVID B. MCKINNON, ET AL., Appellants

### V.

### BILL GURLEY, ET AL., Appellees

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-13561**

## ORDER

The Court has been notified that the United States Bankruptcy Court for the Eastern District of Texas reopened cross-appellant Donald Cardwell's Chapter 7 Bankruptcy case. Pursuant to 11 U.S.C. § 362, further action in this cause is automatically stayed. *See* TEX. R. APP. P. 8.2.

Accordingly, for administrative purposes, this cause is **ABATED** and will be treated as a closed case. It may be reinstated on prompt motion by any party showing that the stay has been lifted and specifying what further action, if any, is required from this Court. *See* TEX. R. APP. P. 8.3.

/s/ ELIZABETH LANG-MIERS
   JUSTICE